PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BOBBI JO HEISS,<br><br>            Defendant. | CASE NO. 1:21-CR-00248-NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 14,, 2021, charging the above defendant with a violation of 18 U.S.C. § 1344 – Bank Fraud (8 Counts); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (2 Counts); 18 U.S.C. § 982(A)(2)(A) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no

///

///

///

///

person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Dated: October 14, 2021               Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                     By    /s/ Laura Withers
                                                  LAURA WITHERS
                                                  Assistant U.S. Attorney

     IT IS SO ORDERED.

Dated:  October 14, 2021               _____
                                                BARBARA A. MCAULIFFE
                                                U.S. Magistrate Judge