PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00248-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT AND ORDER |
| BOBBI JO HEISS, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On October 14, 2021, the grand jury returned an indictment in this case, which was sealed to prevent the defendant becoming aware of the charges until an arrest could be made. As the defendant was arrested this morning, there is no longer a need for the indictment to remain sealed.

Dated: October 19, 2021
PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

Dated: **October 19, 2021**

/s/ Barbara A. McAuliffe
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE