PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00248-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| BOBBI JO HEISS, | DATE: January 9, 2024 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on January 9, 2024.

2. By this stipulation, defendant now moves to vacate the trial date and set the case for a change of plea on June 20, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) As the defendant does not intend on going to trial, the parties request that the trial date be vacated. Vacating the trial date will conserve judicial resources for a case that has been resolved.

   b) Since time has previously been excluded until and including January 9, 2024, no exclusion of time is necessary.

STIPULATION         1

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated:  May 30, 2023

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
BOBBI JO HEISS

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **May 31, 2023**

UNITED STATES DISTRICT JUDGE