| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, Bar #344683 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | BOBBI JO HEISS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00248-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date: November 6, 2023 |
| BOBBI JO HEISS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Bobbi Jo Heiss, that the Court may continue the sentencing hearing from October 2, 2023, to November 6, 2023, at 10:00 a.m.

The requested continuance is necessary to accommodate defense counsel's schedule and for the completion of the defense investigation related to sentencing. Counsel for the government has no objection to the requested change of date. The deadline for the parties to file Formal Objections to the PSR will be continued to Monday, October 23, 2023.

As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 25, 2023         */s/ Henry Carbajal*
                                 HENRY CARBAJAL
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


Date: September 25, 2023         */s/ Christina M. Corcoran*
                                 CHRISTINA M. CORCORAN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 BOBBI JO HEISS

# **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for October 2, 2023, to November 6, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 25, 2023**

UNITED STATES DISTRICT JUDGE

Heiss / Stipulation and
Proposed Order

2