HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BOBBI JO HEISS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBI JO HEISS,<br><br>Defendant. | Case No. 1:21-cr-00248-JLT<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date: December 18, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Bobbi Jo Heiss, that the Court may continue the sentencing hearing from November 6, 2023, to December 18, 2023, at 10:00 a.m.

The requested continuance is necessary for the completion of the defense investigation related to sentencing. Counsel for the government has no objection to the requested change of date. The deadline for the parties to file Formal Objections to the PSR will be continued to Monday, December 4, 2023.

As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 1, 2023

/s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2023

/s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
BOBBI JO HEISS

**ORDER**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for November 6, 2023, to December 18, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 1, 2023**

UNITED STATES DISTRICT JUDGE